# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1485

_____

| | | |
|---|---|---|
| Phelix Henry Frazier; Phelix T. Frazier; Darren Thomas, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| Joe Robinson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the Eastern |
| David Turner, Special Agent, Drug | * | District of Missouri. |
| Enforcement Administration, in his | * | [UNPUBLISHED] |
| individual capacity, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| Unknown, named federal employees of | * | |
| the USA, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| David Turner, Special Agent, Drug | * | |
| Enforcement Administration, in his | * | |
| official capacity, | * | |
| | * | |
| Appellee. | * | |

| | |
|---|---|
| Phelix Henry Frazier, | * |
| | * |
| Appellant, | * |
| | * |
| Phelix T. Frazier; Darren Thomas; Joe Robinson, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| David Turner, Special Agent, Drug Enforcement Administration, in his individual capacity, | * |
| | * |
| | * |
| | * |
| Appellee, | * |
| | * |
| Unknown, named federal employees of the USA, | * |
| | * |
| | * |
| Defendant, | * |
| | * |
| David Turner, Special Agent, Drug Enforcement Administration, in his official capacity, | * |
| | * |
| | * |
| | * |
| Appellee. | * |

_____

Submitted: July 2, 2002

Filed: July 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Joe Robinson and Phelix Henry Frazier appeal the district court's[1] adverse grant of summary judgment in their action against Special Agent David Turner of the Drug Enforcement Administration. Having carefully reviewed the record and the parties' submissions on appeal, we agree with the conclusions reached by the district court, and we therefore affirm. We also find without merit appellants' arguments regarding the court's failure to serve Turner in his individual capacity and the court's enlargement of Turner's time to file an answer to appellants' amended complaint. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.